May 24, 2020

Dear Your Honor,

   Good morning! My name is Chassity K. Cumlat-Gacusana, I am Frank L. Salerno's other half and the reason why I write this letter to you today. A Character Reference Letter? As I was asked to do this, I have no clue on what type of letter this is, so here I go turning to our all you can find Google, to see what the format of this letter is and what I should include in it. I almost found it a little pathetic being almost 30 and not knowing what kind of letter this was, LOL! I guess that is where the saying never too old to learn and never to young to teach comes in! But after all is said I hope this letter is what it should be.

I have known Frank now a little over a year, meeting each other last spring in April, I met him one afternoon, being at my brother's house. He had approached us that afternoon, being so formal as he introduced himself with his name, a quick little info about his prior service in the military, how he stayed on the other side with his parents, and that he had came here because a prior conviction that he committed, not being shy one bit, honesty and followed by the showing of his GPS bracelet. So yes, I knew it then who a part of him was, but it did not stop me. Through the time I have known him he has come a really, far way and continues to grow and learn from his actions.

When I first met Frank he was employed, working Monday through Friday, enjoying his job. Just moved to Pittsfield, MA in March, so it already was an awesome new start in a new place for him. Not just doing his part of working but also going to all his probation appointments and attending therapy for his mental wellness. Also, he would bring his mother to and from work, care for his dad at home, as well all what he had done for my family and, I. He has been doing so good; I am proud of him and the man he has become and who is still yet becoming.

This one I call "Random Acts of Kindness"! One day after Therapy he was heading home, there happened to be an accident. Stepping in and taking charge by assisting the women with her head bleeding, taking his shirt off his back to cover her head, having someone in the crowd to call 911, and staying there till they showed up to make sure she was okay! Heroic! Snow plowing before he left, he would do the apartment, and a neighbor across the street, he was always helpful. There could be more I could say but then this letter would not be so short. That side of him made me love him even more!

Lastly this crime he has committed I am aware of the degree of it, and I have to say it did come to shock to me. I could not believe it, was it true? I asked myself. A part of me questioned his intentions but after all we had talked about it, he admitted said he messed up, wishing he could change what he did, but it happened so all he could do was move forward and be better. Before this, he was doing all he could to stay out of trouble and doing good for his future and what he wanted. Thank you for taking time to read this letter, have a great day and take care!

                            Much Mahalo,

                            Chassity K. Cumlat-Gacusana