Dear Judge,

My name is Frank Salerno. I am 31 years old and I am from Pittsfield Massachusetts. I have lived there for 9 months with my biological mom. I take full responsability for the charge against me. I have let myself down and I regret ever hurting the victim. I am hoping in the future when I am released from prison that I can be a contributing factor in the community. I am also hoping I can have the help I need to be sucessful in the furture. I have for sure learned a lesson from this and I hope I never fail myself again. I hope that I can live a normal life after this. I never thought this would ever happen to me and I always thought of myself as a good person. I will always live with this regret of doing this and will always kick myself as a reminder of this.

I hope to find a good Job and have my own family and make a good living. I will go get the help I need to make sure this never happens again. I want to move forward and never fail myself again. I am sorry from the deepest part of my heart that I have done this.

Sincerly Frank Salerno