```
                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF NEW YORK


                                    )
THE UNITED STATES OF AMERICA,       ) Case No. 6:20-CR-06093
                                    )                    (FPG)
            Plaintiff,              )
                                    )
vs.                                 ) January 21st, 2020
                                    ) 9:40 a.m.
FRANK SALERNO,                      )
                                    )
            Defendant.              )


              TRANSCRIPT OF STATUS CONFERENCE
         BEFORE THE HONORABLE MARK J. PEDERSON
              UNITED STATES MAGISTRATE JUDGE



APPEARANCES:

For the Plaintiff:    JAMES P. KENNEDY, JR.
                      UNITED STATES ATTORNEY
                      BY:  KYLE P. ROSSI, ESQ.
                      ASSISTANT UNITED STATES ATTORNEY
                      100 State Street
                      Rochester, NY 14614

For the Defendant:    FEDERAL PUBLIC DEFENDER
                      BY:  JEFFREY L. CICCONE, ESQ.
                      28 East Main Street, Suite 400
                      Rochester, NY 14614

Audio Recorder:       JAMES BOCK

Probation Officer:    SARAH WHITCOMB

Transcriber:          MEGAN E. PELKA, RPR
                      Robert H. Jackson US Courthouse
                      2 Niagara Square
                      Buffalo, NY 14202
                      (716) 364-6449


        Proceedings recorded with electronic sound recording,
transcript prepared with computer-aided transcription.
```

01:37PM  1     THE CLERK:  At this time, the Court calls case number
01:38PM  2  19-mj-728.  United States vs. Frank Salerno.
01:38PM  3     THE COURT:  Good morning, counsel.
01:38PM  4     MR. ROSSI:  Good morning, Judge.
01:38PM  5     THE COURT:  Is the matter sealed?
01:38PM  6     MR. ROSSI:  No, Judge.  It was unsealed in the
01:38PM  7  District of Massachusetts where his initial appearance was
01:38PM  8  conducted.
01:38PM  9     THE COURT:  Okay.  And you are, sir, Mr. Frank
01:38PM 10  Salerno?
01:38PM 11     THE DEFENDANT:  Yes, Your Honor.
01:38PM 12     THE COURT:  You're appearing here with your counsel?
01:38PM 13     THE DEFENDANT:  Yes.
01:38PM 14     THE COURT:  What's the status?
01:38PM 15     MR. ROSSI:  Your Honor, he was arrested in the
01:38PM 16  District of the Massachusetts in December.  Due to the
01:38PM 17  holidays, I was advised by the marshals and that transport was
01:39PM 18  somewhat delayed and he is here now.  I just spoke with
01:39PM 19  Mr. Ciccone and gave him a copy of the filed complaint.  I'm
01:39PM 20  going to provide him with voluntarily discovery.  I'm leaving
01:39PM 21  today for a training, but I'm going to do that as soon as this
01:39PM 22  court appearance is done so that he can have it.
01:39PM 23     And I can tell the Court that Mr. Salerno does have a
01:39PM 24  warrant from the District of Massachusetts.  He was being
01:39PM 25  supervised on some type of supervised release for a state

01:39PM  1   charge and his officer there indicated that if he was released
01:39PM  2   here, that they would certainly seek to extradite him to the
01:39PM  3   District of Massachusetts.  So, I've conveyed that information
01:40PM  4   to Mr. Ciccone and I believe he might have a request based on
01:40PM  5   that.
01:40PM  6            THE COURT:  Is the interstate compact involved in
01:40PM  7   this case?
01:40PM  8            MR. ROSSI:  It is not, Judge.
01:40PM  9            MR. CICCONE:  So, Judge, this is the first
01:40PM  10  appearance.  I think we still need to officially advise
01:40PM  11  Mr. Salerno of his charges and rights.
01:40PM  12           THE COURT:  Okay.  That wasn't done in Massachusetts?
01:40PM  13           MR. CICCONE:  I don't know.  I obviously wasn't
01:40PM  14  there.
01:40PM  15           MR. ROSSI:  I was told that it was, Your Honor and
01:40PM  16  that he waived his right to a preliminary hearing as well as a
01:40PM  17  detention hearing at the time and then it was transferred here
01:40PM  18  and he consented to the transfer to the Western District of
01:40PM  19  New York.  But if the Court wishes to -- I did not read the
01:40PM  20  transcript.  I was advised that by the AUSA, but if the Court
01:40PM  21  wishes to review those rights again, I have no objection to
01:40PM  22  that.
01:40PM  23           THE COURT:  Okay.  What would you like to do?
01:41PM  24           MR. CICCONE:  Judge, I guess at this point, I wasn't
01:41PM  25  aware that he had his initial appearance in Massachusetts, so

| | | |
|---|---|---|
| 01:41PM | 1 | that's fine.  My request at this point is going to be that a |
| 01:41PM | 2 | Coonan Order be issued allowing Mr. Salerno to stay in custody |
| 01:41PM | 3 | here so that we can try to work out some type of global |
| 01:41PM | 4 | resolution. |
| 01:41PM | 5 | THE COURT:  Okay.  So, if I understand correctly, the |
| 01:41PM | 6 | charge in Massachusetts is with the state court? |
| 01:41PM | 7 | MR. CICCONE:  There's a parole charge or parole |
| 01:41PM | 8 | violation based upon the fact that he got arrested on these |
| 01:41PM | 9 | charges. |
| 01:41PM | 10 | THE COURT:  Oh, okay.  Understood. |
| 01:41PM | 11 | MR. ROSSI:  That's correct, Judge. |
| 01:42PM | 12 | THE COURT:  Thank you.  All right.  So, Mr. Salerno, |
| 01:42PM | 13 | do you understand what's going on? |
| 01:42PM | 14 | THE DEFENDANT:  Yes, Your Honor. |
| 01:42PM | 15 | THE COURT:  Okay.  So, we'll issue a Coonan Order |
| 01:42PM | 16 | based on the fact that he's going to be detained.  If he's |
| 01:42PM | 17 | released from here by the State of Massachusetts, what would |
| 01:42PM | 18 | you like to do in addition to that? |
| 01:42PM | 19 | MR. CICCONE:  Judge, I'd ask if you could give us |
| 01:42PM | 20 | about 30 days or so, so that I can review whatever discovery |
| 01:42PM | 21 | is available at this point and discuss that with Mr. Salerno |
| 01:42PM | 22 | and find out how he'd like to proceed. |
| 01:42PM | 23 | THE COURT:  Okay.  Is that fine with you? |
| 01:42PM | 24 | MR. ROSSI:  Yes, Your Honor. |
| 01:42PM | 25 | THE COURT:  All right, then.  That would be -- the |

```
01:42PM   1   24th is a little bit more than 30 days.  It puts us over where
01:42PM   2   the school break is.  February 24th at 9:30.  Does that work?
01:43PM   3             MR. ROSSI:  Yes, Judge.  Thank you.
01:43PM   4             MR. CICCONE:  That should be fine.  One second.
01:43PM   5             THE DEFENDANT:  Yeah.  Go ahead and check.
01:43PM   6             MR. CICCONE:  Yeah.  That's fine.  Nine-thirty you
01:43PM   7   said?  Thanks.
01:43PM   8             THE COURT:  3/24 at 9:30 for a status conference.
01:43PM   9   Mr. Salerno will remain in custody then, having -- did he
01:43PM  10   waive or just reserve on a detention hearing?
01:43PM  11             MR. ROSSI:  He's reserved his right, Judge, to have a
01:43PM  12   detention hearing held in this district.
01:43PM  13             THE COURT:  And a preliminary hearing?
01:43PM  14             MR. ROSSI:  Yes, Your Honor.
01:43PM  15             MR. CICCONE:  Judge, I would ask if we could address
01:43PM  16   those when we come back.
01:43PM  17             THE COURT:  Okay.  Do you want me to set it down for
01:43PM  18   one of those?
01:43PM  19             MR. ROSSI:  No, Judge.  I'd ask if we could set it
01:43PM  20   down for a status.  Again, given that he's being held on the
01:43PM  21   parole hold, having a detention hearing won't make a
01:43PM  22   difference at this point.
01:44PM  23             THE COURT:  Right.  Okay.  So, see you back on the
01:44PM  24   24th at the 9:30.
01:44PM  25             MR. CICCONE:  And Judge, I would ask to waive the
```

```
01:44PM   1   time between now and February 24th in the interest of justice.
01:44PM   2           MR. ROSSI:  I join in that request, Judge.
01:44PM   3           THE COURT:  I find that the ends of justice in
01:44PM   4   granting the adjournment to permit Mr. Ciccone to obtain
01:44PM   5   further discovery and possibly negotiate a resolution to this
01:44PM   6   and the parole violation in Massachusetts outweighs the best
01:44PM   7   interest of the public and the defendant in a Speedy Trial.
01:44PM   8   Therefore, I'm excluding the time from today until the 24th of
01:44PM   9   February pursuant to 18 U.S.C. 3161(h)(7)(A).  See you back in
01:44PM  10   February.
01:44PM  11           MR. CICCONE:  Thank you.
01:44PM  12           MR. ROSSI:  Thank you, Judge.
01:44PM  13   (Proceedings concluded at 9:45 a.m.)
```

```
 1                  *    *    *    *    *    *    *

 2

 3              I certify that the foregoing is a

 4         correct transcription of the proceedings

 5         recorded by me in this matter.

 6

 7

 8

 9                                 s/ Megan E. Pelka, RPR

10                                 Official Court Reporter
```