01:31PM

```
                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF NEW YORK


THE UNITED STATES OF AMERICA,    )
                                 ) Case No. 6:20-CR-06093
                                 )              (FPG)
                 Plaintiff,      )
                                 )
vs.                              ) February 24th, 2020
                                 ) 9:45 a.m.
FRANK SALERNO,                   )
                                 )
                 Defendant.      )
```

                    **TRANSCRIPT OF STATUS CONFERENCE**
                 **BEFORE THE HONORABLE MARK J. PEDERSON**
                    **UNITED STATES MAGISTRATE JUDGE**


APPEARANCES:

For the Plaintiff:     JAMES P. KENNEDY, JR.
                       UNITED STATES ATTORNEY
                       BY:  KYLE P. ROSSI, ESQ.
                       ASSISTANT UNITED STATES ATTORNEY
                       100 State Street
                       Rochester, NY 14614

For the Defendant:     FEDERAL PUBLIC DEFENDER
                       BY:  JEFFREY L. CICCONE, ESQ.
                       28 East Main Street, Suite 400
                       Rochester, NY 14614

Audio Recorder:        JAMES BOCK

Transcriber:           MEGAN E. PELKA, RPR
                       Robert H. Jackson US Courthouse
                       2 Niagara Square
                       Buffalo, NY 14202
                       (716) 364-6449

     Proceedings recorded with electronic sound recording, transcript prepared with computer-aided transcription.

| | | |
|---|---|---|
| 01:31PM | 1 | THE CLERK:  At this time, Court calls case number |
| 01:31PM | 2 | 19-mj-728.  United States vs. Frank Salerno. |
| 01:31PM | 3 | THE COURT:  Good morning, sir.  You are Frank |
| 01:31PM | 4 | Salerno? |
| 01:31PM | 5 | THE DEFENDANT:  Yes, Your Honor. |
| 01:31PM | 6 | THE COURT:  You are appearing here with your counsel, |
| 01:31PM | 7 | Mr. Ciccone? |
| 01:31PM | 8 | THE DEFENDANT:  Yes, Your Honor. |
| 01:31PM | 9 | THE COURT:  And I see Mr. Rossi here from the |
| 01:32PM | 10 | government.  This matter is on for a status conference.  I was |
| 01:32PM | 11 | conversing with your counsel prior to your arrival and I |
| 01:32PM | 12 | understand that you're still under a Coonan order as a result |
| 01:32PM | 13 | of some charges in Massachusetts, is that right? |
| 01:32PM | 14 | THE DEFENDANT:  Yes, Your Honor. |
| 01:32PM | 15 | THE COURT:  Okay.  What's the status of the case? |
| 01:32PM | 16 | MR. CICCONE:  Judge, there has been a plea offer from |
| 01:32PM | 17 | the government.  I've actually reviewed that with Mr. Salerno |
| 01:32PM | 18 | and the discovery that was provided to me under -- I think |
| 01:32PM | 19 | there's some forensic discovery which Mr. Rossi says is |
| 01:32PM | 20 | available upstairs.  I had our computer expert check last week |
| 01:32PM | 21 | and he said he didn't see it up there, so we're going to |
| 01:32PM | 22 | double check on that.  It should be relatively quick in this |
| 01:32PM | 23 | case.  Once I review that, then Mr. Salerno will be in a |
| 01:32PM | 24 | position to know whether he wants to accept the plea. |
| 01:32PM | 25 | THE COURT:  Okay.  Mr. Rossi? |

| | | |
|---|---|---|
| 01:33PM | 1 | MR. ROSSI: That's correct, Judge. And I believe |
| 01:33PM | 2 | that the forensic results were made available to Mr. Grant, |
| 01:33PM | 3 | who is the defense's expert. I'm going to go up right now, |
| 01:33PM | 4 | though and make sure that they're immediately available, since |
| 01:33PM | 5 | he was unable to locate them. |
| 01:33PM | 6 | THE COURT: Okay. What would you like to do? |
| 01:33PM | 7 | MR. CICCONE: Judge, I would ask if we could adjourn |
| 01:33PM | 8 | this for about 30 days or so. That will give me time to |
| 01:33PM | 9 | finish that up and possibly schedule this for the district |
| 01:33PM | 10 | court. |
| 01:33PM | 11 | THE COURT: Okay. Mr. Rossi? |
| 01:33PM | 12 | MR. ROSSI: No objection, Judge. |
| 01:33PM | 13 | THE COURT: Okay. Mr. Salerno, they've asked me to |
| 01:33PM | 14 | adjourn this for another 30 days to allow your attorney to |
| 01:33PM | 15 | review the evidence that the government has and discuss the |
| 01:33PM | 16 | case with you to decide whether you want to go forward with a |
| 01:33PM | 17 | plea offer or you want to go to trial. So, I will do that and |
| 01:33PM | 18 | I find -- well, no one has asked me to make a finding yet. |
| 01:33PM | 19 | Did you ask? |
| 01:33PM | 20 | MR. CICCONE: I will make the motion to waive the |
| 01:34PM | 21 | time between now and the adjourned date in the interest of |
| 01:34PM | 22 | justice. |
| 01:34PM | 23 | MR. ROSSI: I join in that request, Judge. |
| 01:34PM | 24 | THE COURT: All right. And I will find that the ends |
| 01:34PM | 25 | of justice in granting this adjournment outweigh the interest |

| | | |
|---|---|---|
| 01:34PM | 1 | of you and the public in a Speedy Trial because it will permit |
| 01:34PM | 2 | you to decide whether to resolve this case in a matter more |
| 01:34PM | 3 | favorable to yourself and without the need for a jury trial. |
| 01:34PM | 4 | Therefore, I'll exclude the time under the Speedy Trial Act, |
| 01:34PM | 5 | 18 U.S.C. 3161(h)(7)(A) from now until the 24th. |
| 01:34PM | 6 | THE CLERK:  The 24th at 9:30, Judge. |
| 01:34PM | 7 | THE COURT:  March 24th at 9:30.  Are you both |
| 01:34PM | 8 | available? |
| 01:34PM | 9 | MR. CICCONE:  Yes, Judge.  That's fine. |
| 01:34PM | 10 | MR. ROSSI:  Yes, Judge. |
| 01:34PM | 11 | THE COURT:  Okay, 3/24 at 9:30 and that will be for |
| 01:34PM | 12 | status.  Of course, if you end up successfully pleading in |
| 01:34PM | 13 | front of the district court, you don't have to come back here |
| 01:35PM | 14 | again. |
| 01:35PM | 15 | MR. ROSSI:  Great.  Thank you, Judge. |
| 01:35PM | 16 | MR. CICCONE:  Thank you Judge. |
| 01:35PM | 17 | THE COURT:  Take care. |
| | 18 | (Proceedings concluded at 9:48 a.m.) |

```
 1                *    *    *    *    *    *    *

 2

 3              I certify that the foregoing is a

 4         correct transcription of the proceedings

 5         recorded by me in this matter.

 6

 7

 8

 9                              s/ Megan E. Pelka, RPR

10                              Official Court Reporter
```