# United States District Court
### for the
### Western District of New York

| | |
|---|---|
| United States of America<br>v.<br>**FRANK SALERNO,**<br>_Defendant_ | ATTEST: A TRUE COPY<br>U.S. DISTRICT COURT, WDNY<br>MARY C. LOEWENGUTH, CLERK<br>By _____<br>Deputy Clerk<br><br>Case No. 19-MJ-728 |

## ARREST WARRANT

To:   Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay **FRANK SALERNO**, who is accused of an offense or violation based on the following document filed with the Court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint

☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

There is probable cause to believe that **FRANK SALERNO** knowingly violated Title 18, United States Code, Section 2251(a) (Production of Child Pornography).

Date: December 17, 2019                                _____
                                                                              _Issuing officer's signature_

City and State:  Rochester, New York                        MARK W. PEDERSEN
                                                                              U.S. Magistrate Judge
                                                                              _Printed name and Title_

---

### Return

This warrant was received on (date) 12/17/20, and the person was arrested on (date) 12/27/20,
at (city and state) Rochester, NY.

Date: _____                         _____
                                                                _Arresting officer's signature_

                                                                Ryan Speth, DUSM
                                                                _Printed name and title_